# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158115 & (12)(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCUS DUWON CLEMMONS,
      Defendant-Appellant.

SC: 158115
COA: 341484
Saginaw CC: 05-025510-FC

_____/

On order of the Court, the application for leave to appeal the June 27, 2018 order of the Court of Appeals, the motion to stay and hold in abeyance, and the motion to remand are considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and the June 23, 2017 order of the Jackson Circuit Court denying the defendant's motion for relief from judgment, and we REMAND this case to the Jackson Circuit Court for reconsideration of the defendant's motion. We remind the circuit court that its "function is limited when reviewing newly discovered evidence, as it is not the ultimate fact-finder," and that its credibility determination "is concerned with whether a *reasonable juror* could find the testimony credible on retrial." *People v Johnson*, 502 Mich 541, 567 (2018). On remand, the circuit court should consider, in the interest of judicial economy, allowing the defendant to supplement his motion with any additional affidavits. The motion to stay and hold in abeyance is DENIED as moot.

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk

d0418